IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EARNEST BARNARD CLAYTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00081-TES-TQL |
| | * |
| CO2 FLOYD EDWARD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 28th day of July, 2021.

David W. Bunt, Clerk

s/ Heather Douglas Willis, Deputy Clerk